**BAILEY, KELLEHER & JOHNSON, P. C.**
ATTORNEYS AT LAW
PINE WEST PLAZA 5, SUITE 507
WASHINGTON AVENUE EXTENSION
ALBANY, NEW YORK  12205
TELEPHONE: (518) 456-0082
FACSIMILE: (518) 456-4767
www.bkjlaw.com

| | |
|---|---:|
| **John W. Bailey** | Vincent J. DeLeonardis |
| **Nannette R. Kelleher** | Andrew T. Marciniszyn |
| **Thomas J. Johnson** | Crystal R. Mennillo |
| | Catherine P. Ham |
| | Dinna Eskin-Colon |
| | Marc J. Kaim |
| | Aaron E. Connor |
| | William T. Little |

March 22, 2010

**Via Electronic Filing**
Lawrence E. Baerman, Clerk
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

    Re:    Jeffrey Charles Burfeindt v Nina Postupack, et. al
            Case No: 10-cv-123
            Our File No: 1047-TR27

Dear Sir or Madam:

On behalf of defendant, Nina Postupack, enclosed herein please find Attorney Affirmation of John W. Bailey and supporting Memorandum of Law, with regard to the above-referenced matter.

By way of this correspondence, a copy of the within is being served upon *pro se* plaintiff, Jeffrey Charles Burfeindt, via United States Postal Service and all other parties via electronic filing.

Lawrence E. Baerman, Clerk
March 22, 2010
Page 2

Thank you for your attention to this matter.

                                              Very truly yours,

                                                    S/
                                              John W. Bailey

JWB:mfv
Enclosures
cc:     Jeffrey Charles Burfeindt, *pro se*
        c/o Postal Department 771
        Stone Ridge, New York  12484

        Stein, Wiener & Roth, LLP
        Attorneys for Hudson Valley
        Credit Union & Gerald C. Roth, Esq.
        One Old Country Road, Suite 113
        Carle Place, New York  11514

        Carter, Conboy, Case, Blackmore,
        Maloney & Laird, P.C.
        Attorneys for Mark A. Krohn, Esq.
        20 Corporate Woods Boulevard
        Albany, New York  12211