<u>In The United States District Court</u>
<u>Northern District of New York</u>

jeffrey charles; burfeindt,
Plaintiff,

vs.

NINA POSTUPACK, et al,
HUDSON VALLEY FEDERAL CREDIT UNION,
GERALD C. ROTH, ESQUIRE,
MARK A. KROHN, ESQUIRE,
STATE OF, NEW YORK, a/k/a, d/b/a,
SUPREME COURT OF THE STATE OF, NEW YORK,
COUNTY OF, ULSTER,
ANDREW M. CUOMO, ESQUIRE, Law Firm representing the
STATE OF, NEW YORK,
**Defendant,**

Case No.  1: 10-CV-123

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAR 3 0 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# <u>NOTICE OF FRAUD</u>

**COMES NOW,** "Plaintiff," jeffrey charles; burfeindt, sui juris, and Notices this Court for a Notice of Fraud against the Defendants, states as follows:

1. Mail-Fraud is taking place by Defendants, with holding united states post-office, certified mail, return-receipt (green cards) in an attempt to impede proper service and Obstruct Justice, and

2. TAKE NOTICE that there are no guaranteed times for delivery for united states post-office, first class-mail which can take up to twenty (20)Days for "Plaintiff" to receive service or "Plaintiff" to get served, therefore unless Defendants have signed evidence that Plaintiff received a mailing it will be deemed that it was not received and is improper service as per court-rules and

3. Furthermore, Plaintiff's time to respond will be the actual day service is received not the purported date and times of electronic filing and docket-entries, and

Plaintiff, jeffrey-charles; reserves the right to amend this document at any time necessary without leave of court,

jeffrey charles; burfeindt, Sui Juris,
c/o: postal department 771:
stone ridge: new-york.
(201)428-3116

1
NOTICE OF FRAUD

This Is A Legal Document