In The United States District Court
Northern District of New York

jeffrey charles; burfeindt,

Plaintiff,

Case No. 1: 10-cv-123

vs.

NINA POSTUPACK,
HUDSON VALLEY FEDERAL CREDIT UNION,
GERALD C. ROTH, ESQUIRE,
MARK A. KROHN, ESQUIRE,
STATE OF, NEW YORK a/k/a, d/b/a,
SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY OF ULSTER,
ANDREW M. CUOMO, ESQUIRE, Law Firm representing the,
STATE OF, NEW YORK,

Defendants,

### NOTICE FOR PLAINTIFF TO BE PRESENT DURING ALL HEARINGS AND OBJECTION TO TEXT ONLY NOTICE OF HEARING ON MOTION

**COMES NOW,** "Plaintiff," jeffrey charles; burfeindt, sui juris, and NOTICES this honorable court for proper notice of all trials and hearing dates and times so Plaintiff can be present at all times.

Further, Plaintiff Objects to the TEXT ONLY NOTICE OF HEARING ON MOTION that was received through post-office which appears to have set a hearing date for 4-1-2010. Plaintiff's intention is to be present but due to conflicts in scheduling cannot attend that day and time. Therefore PLEASE reschedule the hearing for a day and time which is not on (Thursday) since it violates Plaintiff's Religious Convictions. This is the day of the week (Thursday) that Plaintiff observes his Covenant Treaty with the Creator (God) and observes the Sabbath.

"Plaintiff," jeffrey-charles; reserves the right to amend this document at any time necessary without leave of court,

The court notes plaintiff's objection.
The plaintiff's request is denied.
**SO ORDERED:**

_Gary L. Sharpe_
U.S. District Judge
Date: April 1, 2010

jeffrey charles; burfeindt, Sui Juris,
c/o: postal department 771:
stone ridge: new-york.
(201)428-3116

NOTICE FOR PLAINTIFF TO BE PRESENT DURING ALL HEARINGS AND OBJECTION TO TEXT ONLY NOTICE OF HEARING ON MOTION