UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on January 28, 2015 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s):   N/A

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 28th day of January, 2015.

Lawrence K. Baerman, Clerk
U.S. District Court

By:   s/ Sue Potter
      Deputy Clerk

## Case Information

Case Name & Case No.   Jeffrey Charles Burfeindt v. Nina Postupack, et al   1:10-CV-123
Docket No. of Appeal:   110
Document Appealed:   109

Fee Status:   Paid ___   Due X   Waived (IFP/CJA)___
   IFP revoked ___   Application Attached ___   IFP pending before USDJ ___

Counsel:   Retained ___   Pro Se X

Time Status:   Timely X   Untimely ___

Motion for Extension of Time:   Granted ___   Denied ___

Certificate of Appealability:   Granted ___   Denied ___   N/A ___

State Court Papers are being sent by UPS as of: _____

Pro Se Plaintiff has filed a Motion to proceed in forma pauperis as to the appeal.